236 So.2d 496

William WOOTEN

v.

Howard V. WIMBERLY, Sr., and State Farm Automobile Insurance Company.

No. 50593.

June 26, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

236 So.2d 497

Parey P. BRANTON et al.

v.

Honorable Mary Evelyn PARKER, Treasurer State of Louisiana.

No. 50595.

June 26, 1970.

The application is denied. The judgment complained of is correct.